FILED USAO#2022R00640
ENTERED
LOGGED 10/01/2022 RECEIVED

OCT 27 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. LKG-22-373 |
|---|---|
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a) and (e); Coercion and Enticement, 18 U.S.C. § 2422(b) and 2427; Distribution/Receipt of Child Pornography, 8 U.S.C. §§ 2252A(a)(2) and (b)(1); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. §§ 1467, 2253 and 2428) |
| EVAN THOMAS HARRIS FROCK, | |
| Defendant. | |

## INDICTMENT

### COUNTS ONE TO THREE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

#### General Allegations

At all times material to this Indictment:

1. Defendant **EVAN THOMAS HARRIS FROCK**, (hereinafter "**FROCK**"), was born in 1989, and resided in Taneytown, Carroll County, Maryland. **FROCK** was employed as a substitute teacher and volleyball coach by Carroll County Public Schools.

2. Minor Victim #1 was a 15-year-old female and was a resident of Pennsylvania.

3. Minor Victim #2 was a 15-year-old female and was a resident of Maryland.

4. Minor Victim #3 was a 9-year-old female and was a resident of West Virginia.

5. Minor Victim #4 was a 14-year-old male and was a resident of Indiana.

6. Minor Victim #5 was a 16-year-old male and was a resident of Maryland.

7. Minor Victim #6 was a 16-year-old female and was a resident of Maryland.

1

8. Minor Victim #7 was a 16-year-old female and was a resident of Virginia.

9. From in or about 2021 through May 2022, **FROCK** operated and used several online accounts with social media companies including Snapchat. **FROCK** used a variety of aliases and handles on these platforms, including "laxguy2323," "hannahvolley31," "vballplaya23," and "mikeyyoung1225," to communicate with other social media users. Beginning no later than January 2021, **FROCK** often used these social media accounts to meet and/or communicate with children.

10. **FROCK** used his Snapchat accounts to persuade, induce, entice, and coerce the minor victims to engage in sexually explicit conduct. During these internet-based communications, **FROCK** caused, and attempted to cause the minor victims to produce images that depicted the minors engaged in sexually explicit conduct, including masturbation and the lascivious display of the minors' genitals. He also used Snapchat in order to receive depictions of the minor victims engaging in sexually explicit conduct, including the lascivious displays of the minor victims' genitals and masturbation.

## The Charges

11. On or about the dates listed below, each instance being a separate count, in the District of Maryland and elsewhere, the defendant,

**EVAN THOMAS HARRIS FROCK,**

did knowingly attempt to and did employ, use, persuade, include, entice, and coerce the minor victims listed below to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depictions have actually

been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce, and, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | On or about February 7, 2022 | **FROCK**, using Snapchat, caused the production of a series of video files depicting Minor Victim #1 masturbating and touching her genitals, titled and partially titled:<br><br>• …hoAGgAyAX1IAIAEYAE~v4.~1.mp4<br>• …YRoAGgAyAX1IAIAEYAE~v4.~1.mp4<br>• …NRoAGgAyAXI1IAIAEYAE~v4.~1.mp4 |
| 2 | On or about May 4, 2022 | **FROCK**, using Snapchat, caused the production of a video file of Minor Victim #2 touching her genitals, titled and partially titled:<br><br>• 82bbaea217451746e18f059f13a505de |
| 3 | On or about December 9 -11, 2021 | **FROCK**, using Snapchat, caused the production of a series of image files depicting Minor Victim #3's genitals and of Minor Victim #3 touching her genitals, titled and partially titled:<br><br>• -2733933303577661778.0<br>• -4150634521373125544.0<br>• 8802720192323563196.0<br>• 9095386815378640883.0<br>• -3665721580506299453.0<br>• 3785317608018095278.0<br>• -5187424513466565218.0<br>• -8881694863081931975.0<br>• -2435149636160078536.0<br>• -2736042507573015478.0<br>• -4792617874177480637.0<br>• 2791435526693775639.0<br>• -3204976670831639676.0<br>• 4352449406789446787.0<br>• -5161372998894200175.0<br>• …1df098067c.0<br>• …b132ac4026.0 |

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2

3

## COUNTS FOUR TO ELEVEN
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs One through Ten of the General Allegations of this Indictment specifically referenced and incorporated herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**EVAN THOMAS HARRIS FROCK,**

did knowingly use, and attempt to use, a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce minors to engage in sexual activity for which any person could be charged with a criminal offense, to wit: on the dates listed below, **FROCK** used his Snapchat internet-based accounts to persuade, induce, entice and coerce the minor victims indicated below, to engage in sexually explicit conduct on camera and to send **FROCK** the resulting images and videos via the internet, and attempted to do so, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2), and Md. Code, Crim. Law § 11-207(a)(1), as follows:

| Count | Date | Victim |
|---|---|---|
| 4 | On or about February 7, 2022 | Minor Victim #1 |
| 5 | On or about May 4, 2022 | Minor Victim #2 |
| 6 | On or about December 10, 2022 | Minor Victim #3 |
| 7 | On or about and between January 24, 2022, and January 28, 2022 | Minor Victim #4 |
| 8 | On or about January 28, 2022 | Minor Victim #5 |
| 9 | On or about February 17, 2022 | Minor Victim #6 |
| 10 | On or about February 28, 2022 | Minor Victim #7 |
| 11 | On or about March 16, 2022 | Minor Victim #7 |

18 U.S.C. §§ 2422(b) and 2427

## COUNTS TWELVE THROUGH EIGHTEEN
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs One through Ten of the General Allegations of the Indictment specifically referenced and incorporated herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

### EVAN THOMAS HARRIS FROCK,

did knowingly receive, and attempt to receive, any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct: to wit, **FROCK** used his Snapchat internet-based accounts to receive visual depictions of the minor victims listed below, engaged in sexually explicit conduct:

| Count | Date | Description |
|---|---|---|
| 12 | On or about February 7, 2022 | a series of 3 video files depicting Minor Victim #1 touching her genitals |
| 13 | On or about May 4, 2022 | a video file of Minor Victim #2 touching her genitals |
| 14 | On or before December 9-11, 2021 | a series of 16 image files depicting Minor Victim #3's genitals and of Minor Victim #3 touching her genitals |

| Count | Date | Description |
|---|---|---|
| 15 | On or about January 24, 2022, through January 28, 2022 | A series of 4 image and video files depicting Minor Victim #4's penis and Minor Victim #4 touching his genitals |
| 16 | On or about January 28, 2022 | An image file depicting Minor Victim #5's genitals |
| 17 | On or about February 17, 2022 | A series of 10 video files depicting Minor Victim #6's genitals and Minor Victim #6 touching her genitals |
| 18 | On or about February 28, 2022 to April 1, 2022 | Three video files depicting Minor Victim #7 touching her genitals |

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

## COUNT NINETEEN
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 28, 2022, in the District of Maryland, the defendant,

### EVAN THOMAS HARRIS FROCK,

did knowingly distribute any material that contained an image child pornography using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which material involved the use of a minor engaged in sexually explicit conduct and which material was of such conduct, that is, **FROCK** used his Snapchat internet-based account to distribute a video partially titled "...AQRIAlAEYAE~v4.mp4," depicting a minor male's erect penis.

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

7

## COUNT TWENTY
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 7, 2022, in the District of Maryland, the defendant,

### EVAN THOMAS HARRIS FROCK,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: Snapchat Account "laxguy2323," containing one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT TWENTY-ONE
## (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 9, 2022, in the District of Maryland and elsewhere, the defendant,

## EVAN THOMAS HARRIS FROCK,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a cell phone, Samsung Galaxy, IMEI 351675644133302, made in Vietnam, containing one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 1467, 2253, and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Twenty-One of this Indictment.

**Sexual Exploitation of Children and Receipt/Distribution of Child Pornography Forfeiture**

2.  Upon conviction of any of the offenses set forth in Counts One through Three, and Twelve through Nineteen of this Indictment, the defendant,

**EVAN THOMAS HARRIS FROCK,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

  a.  any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

  b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Coercion and Enticement Forfeiture**

3.  Upon conviction of any of the offenses set forth in Counts Four through Eleven of this Indictment, the defendant,

**EVAN THOMAS HARRIS FROCK,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

    a.    any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### Property Subject to Forfeiture

5. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in Taneytown, Maryland, on or about May 6, 2022:

    a.    Samsung Galaxy cell phone, IMEI 351675644133302

### Substitute Assets

6. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 1467, 2253, 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

10/27/2022
Date